# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2026-0710
Lower Tribunal No. 2026-CA-0000610

_____

CHRISTINA CORONA, individually and as Natural Guardian of J.C., a minor,

Appellant,

v.

AVE MARIA PARISH, INC., d/b/a DONAHUE ACADEMY OF AVE MARIA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Ramiro Mañalich, Judge.

April 8, 2026

MIZE, J.

Appellant, Christina Corona, appeals the trial court's order on her Emergency Motion for Temporary Injunction.[1] Appellant asserts that the trial court erred by denying the motion and also by denying the motion without first conducting a hearing on the motion. However, the trial court's order makes clear that the trial court only denied Appellant's motion to the extent the motion sought a temporary injunction *without notice* to Appellee. The trial court's order did not

_____

[1] We have jurisdiction. Fla. R. App. P. 9.130(a)(3)(B).

deny the motion without permitting a hearing on the motion. On the contrary, the trial court's order explicitly stated that Appellant was permitted to schedule a hearing on the motion once service of process had been effectuated on Appellee. Because we find no error in the trial court's denial of the motion to the extent it sought a temporary injunction without notice to Appellee, we affirm the trial court's order. This affirmance is without prejudice to Appellant scheduling a hearing on the motion after providing notice to Appellee, which the trial court's order explicitly permitted.

AFFIRMED.

NARDELLA and GANNAM, JJ., concur.


Raymond Christopher and David Asti, of Ave Maria Law Center, Ave Maria, for Appellant.

Brendan J. Shearman, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED